JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
ROBERT J. KEENAN (Bar No. 151094)
Assistant United States Attorney
  U.S. ATTORNEY'S OFFICE
  411 W. Fourth Street
  Suite 8000
  Santa Ana, California 92701
  Telephone: (714) 338-3597
  Facsimile: (714) 338-3708
  E-Mail:    rob.keenan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT
02/20/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ kdu _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8;24-CR-101-DOC |
| Plaintiff, | GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER UNSEALING INDICTMENT AND CASE FILE |
| v. | |
| THOMAS WILLIAM HANSEN, | |
| Defendant. | DATE: No Hearing<br>TIME: No Hearing |

    The government hereby applies _ex parte_ for an order directing that the Indictment on file in the above-captioned case, together with the rest of the case file, be _unsealed_ and the prior sealing order be vacated.

    Defendant THOMAS HANSEN _does not oppose_ this Application. Indeed, defense counsel was the first to alert the government's counsel of the need for this Application.

1   The indictment in this case was filed on August 7, 2024.  On the
2   same day, the government applied for and obtained an order placing
3   the indictment and all other documents in the case under seal pending
4   the arrest of the defendant.  In substance, the sealing order
5   provided that the case should remain under seal until the defendant
6   made his first appearance before this Court.

7   On January 30, 2025, defendant first appeared before the Court's
8   Duty Magistrate in Santa Ana.  Because defendant previously appeared
9   for a detention hearing in the Middle District of Florida, government
10  counsel and the Court in this district did not address whether the
11  case was still under seal, or needed to remain sealed, at the time of
12  defendant's arraignment.

13  Earlier today, when government counsel tried to electronically
14  file the parties' Stipulation to Continue the Trial and Designate
15  Excludable Time Under the Speedy Trial Act, counsel discovered that
16  the case file is not detectible or accessible via the Court's CM/ECF
17  system.  Accordingly, the Indictment and the entire case file need to
18  be unsealed and made accessible via the CM/ECF system.  Because
19  defendant has been arrested and is well aware of the case, there is
20  no further need for the case to remain sealed.

21  DATED: February 20, 2025.            JOSEPH T. MCNALLY
                                         Acting United States Attorney

                                         LINDSEY GREER DOTSON
23                                       Assistant United States Attorney
                                         Chief, Criminal Division

                                             /s/ R.J.K.
25                                       ROBERT J. KEENAN
                                         Assistant United States Attorney

                                         Attorneys for Plaintiff
27                                       UNITED STATES OF AMERICA

2

**PROOF OF SERVICE**

I am a citizen of the United States and a resident of Orange County, California.  I am over 18 years of age, and I am not a party to the above-entitled action.  My business address is the United States Attorney's Office, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701.

On this date, **February 20, 2025,** I served a copy of the attached document, **GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER UNSEALING INDICTMENT AND CASE FILE,** and the accompanying **[PROPOSED] ORDER,** on defendant's counsel by e-mailing the documents to the following e-mail address:

**Adithya_Mani@fd.org**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on **February 20, 2025,** at Santa Ana, California.

                                      /s/ R.J.K.
                                  Robert J. Keenan